

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00465-CV

_____

CITY OF BEDFORD, SELF-INSURED, Appellant

V.

KEITH LONG, DECEASED; PAULA R. LONG, BENEFICIARY; AND CHASE
LONG, BENEFICIARY, Appellees

On Appeal from the 271st District Court
Wise County, Texas
Trial Court No. CV17-09-770

Before Wallach, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

After considering appellant City of Bedford, Self-Insured's petition for permissive appeal, filed December 1, 2022, we deny the petition. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d); Tex. R. App. P. 28.3(a), (f), (j); *see also* Tex. R. Civ. P. 168. We also deny appellant's Motion to Clarify Docketing Statement Requirements as moot.

Per Curiam

Delivered:  December 28, 2022